





People with an interest in 3D printing are unknowingly committing crimes by producing guns

CRIME

# Criminals exploit hobbyists who share tips on 3D-printed guns

Charlotte Wace



,  freeman--1337

Today

Would you sell a Glock lower I don't want to buy a 3d printer lol

lol, that's a felony

no, can't do it. But setting up an ender 3 is pretty easy and a printer is like $200 FWIW











When the Feds track you down to your Appalachian cave home but you've been training a actual fucking wendigo in guerrilla warfare after feeding him chicken tenders and bang energy drinks for the past 6 months





Dr. Freeman1337, PHD @Freeman13372 · 9m
FWIW, why even comply with NY or California law? Interstate commerce clause being what it is? What can those states AGs do to you (being in MI) if you choose not to comply with their state's laws?

2      610

---

 r/legaladviceofftopic
u/earants · 167d

 Join

## Is it illegal to tell a cop to kill themselves?

just wondering

 1           4       Share











